# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

CAROLYN LOVE, KIERRA LEE,
and JANEEN LACEY, individually and on behalf
of themselves and other similarly situated
current and former employees,

        Plaintiffs,

v.     No. 17 CV 02572 (JPM) (DKV)
       **FLSA Opt-In Collective Action**

CAMBRIDGE FRANCHISE HOLDINGS, LLC,
a Delaware Limited Liability Company, and
MIRABILE INVESTMENT CORPORATION,
a Tennessee Corporation,

        Defendants.

---

DOROTHY McGEE and MARKEGIOUS POLK,
individually and on behalf of themselves and other
similarly situated current and former employees,

        Plaintiffs,

v.     No. 17 CV 02884 (JPM) (DKV)
       **FLSA Opt-In Collective Action**

CAMBRIDGE FRANCHISE HOLDINGS, LLC,
a Delaware Limited Liability Company and
MIRABILE INVESTMENT CORPORATION,
a Tennessee Corporation,

        Defendants.

---

MARNITA A. VAUGHN and ADDIE R. TURNER,
individually and on behalf of themselves and other
similarly situated current and former employees,

        Plaintiffs,

v.     No. 17 CV 02583 (JPM) (DKV)
       **FLSA Opt-In Collective Action**

CAMBRIDGE FRANCHISE HOLDINGS, LLC,
a Delaware Limited Liability Company
and MIRABILE INVESTMENT CORPORATION,
a Tennessee Corporation,

        Defendants.

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Parties have represented to the Court, through their counsel, that all disputes in this matter have been resolved. They have requested the case be dismissed with prejudice. The Court has reviewed the settlement agreement and determined that it is a reasonable and fair compromise of all disputed claims of Named Plaintiffs and current and potential opt-in Plaintiffs. Accordingly, the settlement is APPROVED and this case is hereby DISMISSED WITH PREJUDICE.

The Court shall maintain jurisdiction over the settlement agreement to resolve any disputes that arise thereunder.

**SO ORDERED**, this 9th day of August, 2018.

                                                /s/ Jon P. McCalla
                                                JON P. McCALLA
                                                UNITED STATES DISTRICT JUDGE